UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:  
TERRY G MILLER JR  
MELISSA A MILLER  
147 HAYFIELD DR  
DELAWARE, OH  43015

Case No:    05-55748

Judge:    John E. Hoffman Jr.

SSN(S):    XXX-XX-1611  
XXX-XX-4787

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   May 05, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| FASHION BUG<br>PO BOX 659728<br>SAN ANTONIO, TX  78265 | 9.48 |